**FILED**
**5/2/2024 6:01 PM**
**ERIN CARTWRIGHT WEINSTEIN**
**Clerk of the Circuit Court**
**Lake County, Illinois**

**IN THE CIRCUIT COURT OF THE NINETEENTH**
**JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS**

| | |
|---|---|
| CHARLES A. BRAHOS in his capacity as beneficiary of the Chicago Title Land Trust Company Land Trust, Trust No. 1109103 | ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

2024LA00000318

NOTICE
PURSUANT TO LCR - 2-2.14
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE
IN COURTROOM ___ÔG€Î___ ON
___€Î €ÎҀGÎ___ AT ___Jˀ€___ A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR
AN ORDER OF DEFAULT BEING ENTERED.

## COMPLAINT

NOW COMES the Plaintiff, CHARLES A. BRAHOS in his capacity as beneficiary of the Chicago Title Land Trust Company Land Trust, Trust No. 1109103 (hereinafter referred to as "Brahos"), pro-se, and as and for its complaint against Defendant, Liberty Mutual Insurance Company (hereinafter referred to as "Liberty"), and states as follows:

### FACTS

1. At all times relevant hereto, Brahos held the full beneficial interest in a land trust that owned a property located at 1630 Cloverdale Avenue, Highland Park, Lake County, Illinois. (hereinafter referred to as "the insured premises") and resided therein as his principal residence.

2. Liberty has its principle place of business and issues homeowner's insurance policies which among other things insure homeowners from losses as a result of covered damages to their homes.

3. Liberty issued a homeowner's insurance policy to Brahos on the Cloverdale residence (hereinafter referred to as "the policy") A copy of the policy and declaration page of the policy

1

are attached hereto as **Exhibit A** and incorporated herein by reference.

4. Under the terms of the policy, Liberty insured the Cloverdale residence from loss or damage to the premises and structure thereof and was required to pay all damages resulting from events which created the damage to the premises and/or structures of the insured premises.

5. On April 4, 2023, the insured premises and/or structures were damaged as a result of a hailstorm. A second hailstorm occurred on April 6, 2023 causing further damage to the structure and premises.

6. On April 4, 2023 and April 6, 2023, Liberty's policy was in full force and effect.

7. Brahos submitted a claim to Liberty under the insurance policy for the hail related damage to the Building and structure as required by the terms of the policy.

8. Liberty refused to pay for the damages to the insured premises and/or structure as it was required to do under the terms of the policy on the insured premises. Brahos has substantially performed all post-loss duties required by the insurance policy to be performed by him, requested of it, and/or not waived by Liberty including, but not limited to (a) giving prompt notice of the damage and losses suffered to the insured premises (b) cooperating with Liberty in its investigation of the losses and the subsequent claim, and (c) filing suit against Liberty within the time frame required by the policy.

9. A copy of Liberty's denial letter is attached hereto as **Exhibit B** and incorporated herein by reference including a page under which they cancelled the policy alleging misrepresentation.

10. It is Liberty's duty to pay the amounts due under the insurance policy for the damages to the premises and structure, including the cost to repair/replace the damages to the insured premises.

11. Although requested to do so, Owners has failed to pay for all of the damage sustained by Brahos, including the cost to repair/replace all of the damage to the insured premises including

2

but not limited to damage to the roof of the premises, damage to the windows, damage to the gutters and downspouts, damage to the soffits, and water damage to premises, etc. and thus breached the terms of the insurance policy including.

12. As a direct and proximate cause of Liberty's breach of the insurance policy, Brahos has suffered damages in the amount of ONE MILLION TWO HUNDRED THOUSAND and 00/100 ($1,200,000.00) DOLLARS.

WHEREFORE, Plaintiff, CHARLES A. BRAHOS in his capacity as beneficiary of the Chicago Title Land Trust Company Land Trust, Trust No. 1109103, respectfully prays that this Honorable Court enter judgment in his favor and against Defendant, LIBERTY MUTUAL INSURANCE COMPANY, in the amount of ONE MILLION TWO HUNDRED THOUSAND and 00/100 ($1,200,000.00) DOLLARS and for such other and further relief deemed appropriate under the circumstances.

Respectfully submitted,
CHARLES A. BRAHOS,

By: _____
Pro-Se

Charles A. Brahos
1630 Cloverdale Ave.
Highland Park, Illinois 60035
(708) 601-9882
chuckbrahos@gmail.com

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS**

Charles A. Brahos in his capacity as beneficiary of the )
Chicago Title Land Trust Company Land Trust No. )
110913          Plaintiff(s)    )
            vs.             )
                                         )
LIBERTY MUTUAL INSURANCE COMPANY    )
                                         )      Gen No: _____
                 Defendant(s)    )

AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100 Dollars ($50,000).

By

_Charles A. Brahos_
Attorneys for Plaintiff    _Pro Se_

Prepared by
Name: _Charles A. Brahos_   Pro Se ☒
Address: _1630 Cloverdale Avenue_
City: _Highland Park_   State: _IL._
Phone: _(708) 601-9882_ Zip Code: _60035_
ARDC #: _N/A_
Fax: _N/A_
E-mail address: _Chuckbrahos@gmail.com_

#171-312 (Rev 12/17)



**Liberty Mutual Insurance**

350 E. 96th Street
Indianapolis, IN 46240

September 18th, 2023

Sandra Najomo
PO Box 5014
Scranton, PA 18505-5014

Insured Name:          Chicago Title Land Trust Company

Policy Number:         H3V24866428240
Claim Number:          053075320
Date of Loss:          04/04/2023
Policy Effective:      08/25/2022

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the Liberty Mutual Personal Insurance Company in the usual and customary course of its business.

*Shelby Heavrin*

Shelby Heavrin
Policy Copy Support

SH
Enclosures



EXHIBIT A



| Questions about your Policy? | Policy Number: | Report a Claim: |  |
|---|---|---|---|
| Call 1-815-436-6827 or 1-866-386-8812 | H3V-248-664282-40 2 7 | 1-800-2CLAIMS or LibertyMutual.com/Claims | |

**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

## Policy Declarations
### Total 12 Month Premium: $5,432.00

Reason for your new declarations page: Changes made to your policy
Please refer to the **Change Detail** section on page 3 for more information.
**Effective date of this change:** 08/25/2022

Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.

Through your affiliation with the Western Illinois University Alumni Association your policy includes special group savings on your home insurance.

### Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Chicago Title Land Trust Company | Policy Number: | H3V-248-664282-40 2 7 |
| Mailing Address: | 1630 Cloverdale Ave Highland Park IL 60035-2102 | Policy Period: | 08/15/2022-08/15/2023 12:01 a.m. standard time at the address of the Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 08/25/2022 |

### DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.

- Roof Actual Cash Value Loss Settlement Endorsement
- Electronic Funds Transfer Discount
- Basic Home Safety
- Fire Protection Sprinkler System
- Smart Home
  - Theft Protection
  - Fire Protection

- Multi Policy Discount - Life
- Paperless Policy Discount



| | | |
|---|---|---|
| **Want to Add a Coverage?**<br>Call 1-815-436-6827 or<br>1-866-386-8812 to talk to your<br>agent about the availability of<br>this coverage and whether it<br>meets your needs. | **Policy Number:**<br>H3V-248-664282-40 2 7 | **Report a Claim:**<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |

# Coverage Information

### Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 750,000 | |
| B. Other Structures on Insured Location | $ | 75,000 | |
| C. Personal Property | $ | 562,500 | |
| D. Loss of Use of Insured Location | $ | 6,460 | |

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 1,000,000 | |
| F. Medical Payments to Others (each person) | $ | 5,000 | |

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of : $1,000

| **Total Standard Policy** | $ | **4,993** |
|---|---|---|

| ADDITIONAL COVERAGES | DEDUCTIBLE | | LIMITS | | PREMIUM |
|---|---|---|---|---|---|
| Credit Card, Fund Transfer Card, Forgery | | $ | 1,000 | $ | 0 |
| Roof Actual Cash Value | | | | | INCL |
| Identity Fraud Expense | $ 250 | $ | 15,000 | $ | 24 |
| Home Computer Coverage | | $ | 5,000 | $ | 48 |
| Coverage C increased limit | | | | $ | 356 |
| Coverage E & F increased limit | | | | $ | 11 |
| **Total Additional Coverages** | | | | $ | **439** |

**Total 12 Month Policy Premium:** $5,432.00

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- **Multi-Policy Discounts:** Having more than one insurance policy with Liberty Mutual can save you time and money. Learn more about how you can bundle your auto, home, renters, or condo insurance.
- **Water Backup and Sump Pump Overflow:** Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

**Want to Add a Coverage?**
Call 1-815-436-6827 or
1-866-386-8812 to talk to your
agent about the availability of
this coverage and whether it
meets your needs.

**Policy Number:**
H3V-248-664282-40 2 7

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims



---

**Additional Coverages and Products Available\*** *(continued)*

- **Power Outage Endorsement**: A power outage can disrupt your life, but it shouldn't disrupt your finances. We'll cover up to $1,000 for the expense you incur for meals and temporary housing due to a power outage.

\*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

---

**Change Detail**

Changes made to your policy for: Policy Change **1**
- Change Section I Limits

The premium increase for above changes is $158, which is included in your total policy premium.

---

**Policy Forms and Endorsements:** The following forms and endorsements are applicable to your policy

LibertyGuard® Deluxe Homeowner Policy
(HO 00 03 04 91)

Home Computer Coverage (FMHO-746 05/84)

Refrigerator Contents (FMHO-670 06/90)

Amendmt Pol Definitions (FMHO2934IL 0720)

Amendatory Mold End (FMHO 3454 0113)

Special Provisions - Illinois (FMHO6100IL 1115)

No SecII/Limit I-Daycare (HO 04 96 04 91)

Lead Poisoning Exclusion (FMHO-976 05/92)

LMHC Membership (2340)

Identity Fraud Expense (FMHO-2382)

Credit Card, Fund Transfer Card, Forgery
(HO 04 53 04 91)

Protective Devices (FMHO 4172 1014)

Roof Actual Cash Value (FMHO 3325 0312)

Seepage Exclusion Endorsement (FMHO 3391 1112)

Optional Loss Settlement (FMHO-547 05/91)

Inflation Protection (FMHO-2835)

Waiver Of Ded-Theft (FMHO 1087 1014)

---

**Important Messages**

**Flood Insurance:** Your Homeowners policy **does not** provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

**Scheduled Personal Property**: All personal property schedules are on file with the company. If there has been a change or addition to your scheduled property, a new copy of your personal property schedules will be provided in the endorsement section of this package.

---



**Questions about your Policy?**
Call 1-815-436-6827 or
1-866-386-8812

**Policy Number:**
H3V-248-664282-40 2 7

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims



LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by Liberty Mutual Personal Insurance Company (a stock insurance company), Boston, MA.

**Hamid Mirza**
President

**Mark C. Touhey**
Secretary

This policy, including endorsements listed above,
is countersigned by:

**Parker Koppelman**
Authorized Representative

FMHO 3047 05 16 · · · · · · · **THIS IS NOT YOUR HOME INSURANCE BILL. YOU WILL BE BILLED SEPARATELY.** · · · · · Page 4 of 4



# LibertyGuard Deluxe Homeowners Policy

Please read your policy and each endorsement carefully.

**To serve you best...**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

THIS POLICY IS NON ASSESSABLE



# LIBERTYGUARD DELUXE HOMEOWNERS POLICY
## HO 00 03 EDITION 04 91

**TABLE OF CONTENTS**      **Page**

Agreement............................................... 1
Definitions ............................................. 1
**SECTION I - PROPERTY COVERAGES**
  Coverage A Dwelling............................ 1
  Coverage B Other Structures ................ 2
  Coverage C Personal Property............... 2-3
  Coverage D Loss of Use...................... 3
  Additional Coverages........................... 3
    Debris Removal............................... 3
    Reasonable Repairs........................... 3-4
    Trees, Shrubs and Other Plants ......... 4
    Fire Department Service Charge.......... 4
    Property Removed............................ 4
    Credit Card, Fund Transfer Card, Forgery and Counterfeit Money................... 4
    Loss Assessment ............................. 4-5
    Collapse .................................... 5
    Glass or Safety Glazing Material ........ 5
    Landlord's Furnishings ..................... 5-6
**SECTION I - PERILS INSURED AGAINST**
  Coverage A Dwelling and Coverage B Other Structures ...................... 6
  Coverage C Personal Property............... 6-7
**SECTION I - EXCLUSIONS**
  Ordinance or Law............................. 7
  Earth Movement ................................ 7-8
  Water Damage .................................. 8
  Power Failure ................................. 8
  Neglect ........................................ 8
  War ............................................ 8
  Nuclear Hazard................................. 8
  Intentional Loss .............................. 8
  Weather Conditions............................ 8
  Acts or Decisions............................. 8
  Faulty, Inadequate or Defective............ 8
**SECTION I - CONDITIONS**
  Insurable Interest and Limit of Liability ... 8
  Your Duties After Loss ....................... 8-9
  Loss Settlement ............................... 9-10
  Loss to a Pair or Set ........................ 10
  Glass Replacement ............................ 10
  Appraisal ..................................... 10

                          **Page**

  Other Insurance ............................... 10
  Suit Against Us ............................... 10
  Our Option ................................... 10
  Loss Payment.................................. 10
  Abandonment of Property...................... 10
  Mortgage Clause.............................. 10
  No Benefit To Bailee.......................... 10
  Nuclear Hazard Clause ........................ 10-11
  Recovered Property........................... 11
  Volcanic Eruption Period ..................... 11
**SECTION II - LIABILITY COVERAGES**
  Coverage E Personal Liability ............... 11
  Coverage F Medical Payments to Others. 11
**SECTION II - EXCLUSIONS**
  Coverage E Personal Liability and Coverage F Medical Payments to Others ............ 11-13
  Coverage E Personal Liability ............... 13
  Coverage F Medical Payments to Others. 13
**SECTION II - ADDITIONAL COVERAGES**
  Claim Expenses ............................... 13
  First Aid Expenses ........................... 14
  Damage to Property of Others ............. 14
  Loss Assessment .............................. 14
**SECTION II - CONDITIONS**
  Limit of Liability ............................ 14
  Severability of Insurance .................... 14
  Duties After Loss ............................ 14-15
  Duties of an Injured Person ................. 15
  Payment of Claim ............................. 15
  Suit Against Us .............................. 15
  Bankruptcy of an Insured .................... 15
  Other Insurance .............................. 15
**SECTIONS I AND II - CONDITIONS**
  Policy Period ................................. 15
  Concealment or Fraud ........................ 15
  Liberalization Clause ........................ 15
  Waiver or Change of Policy Provisions ... 15
  Cancellation ................................. 15-16
  Non-Renewal ................................. 16
  Assignment .................................. 16
  Subrogation ................................. 16
  Death........................................ 16
***MUTUAL POLICY CONDITIONS** ............. 16

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.



| HOMEOWNERS 00 03 04 91 |
| --- |

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

| DEFINITIONS |
| --- |

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.
2. "Business" includes trade, profession or occupation.
3. "Insured" means you and residents of your household who are:
   a. Your relatives; or
   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, "insured" also means:
   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";
   d. With respect to any vehicle to which this policy applies:
      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or
      (2) Other persons using the vehicle on an "insured location" with your consent.
4. "Insured location" means:
   a. The "residence premises";
   b. The part of other premises, other structures and grounds used by you as a residence and:
      (1) Which is shown in the Declarations; or
      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;
   d. Any part of a premises:
      (1) Not owned by an "insured"; and
      (2) Where an "insured" is temporarily residing;
   e. Vacant land, other than farm land, owned by or rented to an "insured";
   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";
   g. Individual or family cemetery plots or burial vaults of an "insured"; or
   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.
5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
   a. "Bodily injury"; or
   b. "Property damage."
6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.
7. "Residence employee" means:
   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or
   b. One who performs similar duties elsewhere not related to the "business" of an "insured."
8. "Residence premises" means:
   a. The one family dwelling, other structures, and grounds; or
   b. That part of any other building;
   where you reside and which is shown as the "residence premises" in the Declarations.
   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

| SECTION I - PROPERTY COVERAGES |
| --- |

## COVERAGE A - Dwelling
We cover:
1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."
This coverage does not apply to land, including land on which the dwelling is located.



## COVERAGE B - Other Structures

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or
2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

## COVERAGE C - Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";
2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.
2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.
   This limit includes the cost to research, replace or restore the information from the lost or damaged material.
3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.
4. $1000 on trailers not used with watercraft.
5. $1000 for loss by theft of jewelry, watches,

furs, precious and semi-precious stones.
6. $2000 for loss by theft of firearms.
7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.
9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.
10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tapes, wires, records, discs or other media;
    for use with any electronic apparatus.
11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:
    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;
    b. Is away from the "residence premises"; and
    c. Is used at any time or in any manner for any "business" purpose.
    Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tapes, wires, records, discs or other media;
    for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1. Articles separately described and specifically insured in this or other insurance;
2. Animals, birds or fish;
3. Motor vehicles or all other motorized land conveyances.
   This includes:
   a. Their equipment and accessories; or
   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
      (1) Accessories or antennas; or



(2) Tapes, wires, records, discs or other media;
for use with any electronic apparatus. The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.
We do cover vehicles or conveyances not subject to motor vehicle registration which are:
a. Used to service an "insured's" residence; or
b. Designed for assisting the handicapped;
4. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;
5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";
6. Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages 10.;
7. Property rented or held for rental to others off the "residence premises";
8. "Business" data, including such data stored in:
a. Books of account, drawings or other paper records; or
b. Electronic data processing tapes, wires, records, discs or other software media;
However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or
9. Credit cards or fund transfer cards except as provided in Additional Coverages 6.

**COVERAGE D - Loss Of Use**
The limit of liability for Coverage D is the total limit for all the coverages that follow.
1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.
a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or
b. **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.
Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle

elsewhere.
2. If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:
**Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.
Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.
3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.
The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.
We do not cover loss or expense due to cancellation of a lease or agreement.

**ADDITIONAL COVERAGES**
1. **Debris Removal.** We will pay your reasonable expense for the removal of:
a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or
b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.
This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.
We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:
a. Your tree(s) felled by the peril of Windstorm or Hail;
b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or
c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;
provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.
2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.



If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a. Does not increase the limit of liability that applies to the covered property;

b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION 2.d.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to $500 for:

a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover use of a credit card or fund transfer card:

a. By a resident of your household;

b. By a person who has been entrusted with either type of card; or

c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises." We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.



Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

   a. Perils Insured Against in COVERAGE C - PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of contents, equipment, animals or people;

   e. Weight of rain which collects on a roof; or

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

   We cover:

   a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

   b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

   This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

   Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**

b. **Windstorm or hail.**

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

c. **Explosion.**

d. **Riot or civil commotion.**

e. **Aircraft,** including self-propelled missiles and spacecraft.

f. **Vehicles.**

g. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

h. **Vandalism or malicious mischief.**

i. **Falling objects.**

   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

   This peril does not include loss:

   (1) To the system or appliance from which the water or steam escaped;

   (2) Caused by or resulting from freezing except as provided in the peril of freezing below; or

   (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

   In this peril, a plumbing system does not include a sump, sump pump or related equipment.

l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

   We do not cover loss caused by or resulting from freezing under this peril.



m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.
This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:
(1) Maintain heat in the building; or
(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.**
This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.
The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

## SECTION I - PERILS INSURED AGAINST

### COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;
2. Caused by:
   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:
      (1) Maintain heat in the building; or
      (2) Shut off the water supply and drain the system and appliances of water;
   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) Fence, pavement, patio or swimming pool;
      (2) Foundation, retaining wall, or bulkhead; or
      (3) Pier, wharf or dock;
   c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;
   d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;
   e. Any of the following:
      (1) Wear and tear, marring, deterioration;
      (2) Inherent vice, latent defect, mechanical breakdown;
      (3) Smog, rust or other corrosion, mold, wet or dry rot;
      (4) Smoke from agricultural smudging or industrial operations;

   (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.
   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
   (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;
   (7) Birds, vermin, rodents, or insects; or
   (8) Animals owned or kept by an "insured."
   If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. Excluded under Section I - Exclusions.
Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

### COVERAGE C - PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**
2. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow,



sleet, sand or dust enters through this opening. This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. **Explosion.**
4. **Riot or civil commotion.**
5. **Aircraft,** including self-propelled missiles and spacecraft.
6. **Vehicles.**
7. **Smoke,** meaning sudden and accidental damage from smoke.
   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism or malicious mischief.**
9. **Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.
   This peril does not include loss caused by theft:
   a. Committed by an "insured";
   b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or
   c. From that part of a "residence premises" rented by an "insured" to other than an "insured."
   This peril does not include loss caused by theft that occurs off the "residence premises" of:
   a. Property while at any other residence owned by, rented to, or occupied by an "insured" except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;
   b. Watercraft, and their furnishings, equipment and outboard engines or motors; or
   c. Trailers and campers.
10. **Falling objects.**
    This peril does not include loss to property

contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
    This peril does not include loss:
    a. To the system or appliance from which the water or steam escaped;
    b. Caused by or resulting from freezing except as provided in the peril of freezing below; or
    c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."
    In this peril, a plumbing system does not include a sump, sump pump or related equipment.
13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
    We do not cover loss caused by or resulting from freezing under this peril.
14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.
    This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:
    a. Maintain heat in the building; or
    b. Shut off the water supply and drain the system and appliances of water.
15. **Sudden and accidental damage from artificially generated electrical current.**
    This peril does not include loss to a tube, transistor or similar electronic component.
16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

## SECTION I - EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

   b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:
      (1) Fire;
      (2) Explosion; or
      (3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;



ensues and then we will pay only for the ensuing loss.
This exclusion does not apply to loss by theft.

c. **Water Damage,** meaning:
   (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
   (2) Water which backs up through sewers or drains or which overflows from a sump; or
   (3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.
   Direct loss by fire, explosion or theft resulting from water damage is covered.

d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

e. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

f. **War,** including the following and any consequence of any of the following:
   (1) Undeclared war, civil war, insurrection, rebellion or revolution;
   (2) Warlike act by a military force or military personnel; or

   (3) Destruction, seizure or use for a military purpose.
   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

h. **Intentional Loss,** meaning any loss arising out of any act committed:
   (1) By or at the direction of an "insured"; and
   (2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**
   (1) Planning, zoning, development, surveying, siting;
   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
   (3) Materials used in repair, construction, renovation or remodeling; or
   (4) Maintenance;
   of part or all of any property whether on or off the "residence premises."

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:
   a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or
   b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:
   a. Give prompt notice to us or our agent;
   b. Notify the police in case of loss by theft;
   c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;
   d. Protect the property from further damage. If repairs to the property are required, you must:

   (1) Make reasonable and necessary repairs to protect the property; and
   (2) Keep an accurate record of repair expenses;

   e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   f. As often as we reasonably require:
      (1) Show the damaged property;
      (2) Provide us with records and documents we request and permit us to make copies; and
      (3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

   g. Send to us, within 60 days after our request, your signed, sworn proof of loss



which sets forth, to the best of **your** knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

**3. Loss Settlement.** Covered property losses are settled as follows:

a. Property of the following types:

(1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim



within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:
   a. Repair or replace any part to restore the pair or set to its value before the loss; or
   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.
   Each party will:
   a. Pay its own appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

7. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;
b. There is an entry of a final judgement; or
c. There is a filing of an appraisal award with us.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured."

12. **Mortgage Clause.**
    The word "mortgagee" includes trustee.
    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.
    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.
    If we pay the mortgagee for any loss and deny payment to you:
    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
    b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
    Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**
    a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.



b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment

under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## SECTION II - LIABILITY COVERAGES

### COVERAGE E - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

### COVERAGE F - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident

causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":

a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

b. Is caused by the activities of an "insured";

c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

d. Is caused by an animal owned by or in the care of an "insured."

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":

a. Which is expected or intended by the "insured";

b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":

   (1) On an occasional basis if used only as a residence;

   (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

   (3) In part, as an office, school, studio or private garage;

d. Arising out of the rendering of or failure to render professional services;

e. Arising out of a premises:

   (1) Owned by an "insured";

   (2) Rented to an "insured"; or

   (3) Rented to others by an "insured"; that is not an "insured location";

f. Arising out of:

   (1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";



(2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) A trailer not towed by or carried on a motorized land conveyance.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

(a) Not owned by an "insured"; or

(b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Used to service an "insured's" residence;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an "insured location";

g. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

(a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

(b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

(c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

(e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

(i) You acquire them prior to the policy period; and

(a) You declare them at policy inception; or

(b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

(ii) You acquire them during the policy period.

This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

(a) Less than 26 feet in overall length;

(b) 26 feet or more in overall length, not owned by or rented to an "insured."

(3) That are stored;

h. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an "insured" of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as



defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employees" employment by an "insured."

2. **Coverage E - Personal Liability,** does not apply to:

a. Liability:

(1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;

(2) Under any contract or agreement. However, this exclusion does not apply to written contracts:

(a) That directly relate to the ownership, maintenance or use of an "insured location"; or

(b) Where the liability of others is assumed by the "insured" prior to an "occurrence";

unless excluded in (1) above or elsewhere in this policy;

b. "Property damage" to property owned by the "insured";

c. "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

d. "Bodily injury" to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the "insured" under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:

(1) Is also an insured under a nuclear energy liability policy; or

(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Under-writers;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

3. **Coverage F - Medical Payments to Others,** does not apply to "bodily injury":

a. To a "residence employee" if the "bodily injury":

(1) Occurs off the "insured location"; and

(2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

c. From any:

(1) Nuclear reaction;

(2) Nuclear radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

(4) Any consequence of any of these; or

d. To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses.** We pay:

a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.



2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."

   We will not pay for "property damage":
   a. To the extent of any amount recoverable under Section I of this policy;
   b. Caused intentionally by an "insured" who is 13 years of age or older;
   c. To property owned by an "insured";
   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or
   e. Arising out of:
   (1) A "business" engaged in by an "insured";
   (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or
   (3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.
   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or
b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:
   (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and
   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:
a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or
b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:
1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);
2. Condition 1. Policy Period, under SECTIONS I AND II - CONDITIONS.

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This

condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:
   a. Give written notice to us or our agent as soon as is practical, which sets forth:
   (1) The identity of the policy and "insured";
   (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and
   (3) Names and addresses of any claimants and witnesses;
   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";



c. At our request, help us:
(1) To make settlement;
(2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
(3) With the conduct of suits and attend hearings and trials; and
(4) To secure and give evidence and obtain the attendance of witnesses;
d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;
e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

4. **Duties of an Injured Person - Coverage F - Medical Payments to Others.**
The injured person or someone acting for the injured person will:
a. Give us written proof of claim, under oath if required, as soon as is practical; and

b. Authorize us to obtain copies of medical reports and records.
The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.
No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTIONS I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:
a. Intentionally concealed or misrepresented any material fact or circumstance;
b. Engaged in fraudulent conduct; or
c. Made false statements;
relating to this insurance.

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.
This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

4. **Waiver or Change of Policy Provisions.**
A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

5. **Cancellation.**
a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or



(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

---

### *MUTUAL POLICY CONDITIONS

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**SECRETARY**

**PRESIDENT**



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## IDENTITY FRAUD EXPENSE COVERAGE

For an additional premium, the following Additional Coverage is added under Section I:

**IDENTITY FRAUD EXPENSE**

We will pay up to $15,000 per occurrence and $30,000 per policy period for "expenses" incurred by an "insured" as the direct result of any one "identity fraud" which is both commenced and first reported while this coverage is continuously in effect.

Any act or series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one "identity fraud," even if a series of acts continues into a subsequent policy period.

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

"Expenses" mean any of the following which are directly related to a covered identity fraud:

1. Costs for notarizing fraud affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have required that such affidavits be notarized.

2. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

3. Employer documented lost wages as a result of time taken off from work to meet with, or talk to, law enforcement agencies, credit agencies and/or legal counsel, or to complete fraud affidavits, up to a maximum payment of $500 per week for a maximum period of four weeks.

4. Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information. Such incorrect credit information must be directly related to a covered "identity fraud."

5. Reasonable attorney fees incurred, with our prior consent, for:
    a) Defense of lawsuits brought against the "insured" by merchants or their collection agencies;
    b) The removal of any criminal or civil judgments wrongly entered against an "insured"; and
    c) Challenging the accuracy or completeness of any information in a consumer credit report.

6. Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity fraud."

"Identity fraud" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**EXCLUSIONS**

The following additional exclusions apply to this coverage.

We do not cover:

1. Loss arising out of "business" pursuits of any "insured."

2. "Expenses" incurred due to any fraudulent, dishonest or criminal act by any "insured" or person acting in concert with any "insured," or by any authorized representative of any "insured," whether acting alone or in collusion with others.

3. Loss other than "expenses."

**SPECIAL DEDUCTIBLE**

The deductible for "identity fraud" coverage is $250. No other deductible applies to "identity fraud" coverage.

**YOUR DUTIES AFTER LOSS**

The following is added under **Section I - Conditions 2. Your Duties After Loss,** paragraph **g.**

(9) Receipts, bills or other records that support your claim for "expenses" under "identity fraud" coverage.

All other provisions of this policy apply.


**Liberty Mutual.**
INSURANCE

**HOME COMPUTER ENDORSEMENT**                                      FMHO 746 5/84

LIMIT OF LIABILITY:$ _____ **SEE DECLARATION** _____

For an additional premium, coverage applies to your computer as stated in this endorsement.

## DEFINITIONS

**In addition to the definitions contained in the policy, certain other words are defined as follows:**

1. **"Computer"** means a programmable electronic device that can store, retrieve and process data.

2. **"Peripheral device"** means any physical unit used to operate the **computer**, that cannot be used for purposes other than as part of the **computer** system, such as tape or disc drives or printers.

3. **"Software"** means information that is stored on a storage device such as a magnetic tape or disc, for use on a **computer**, and which has been purchased from another person.

4. **"Media"** means the storage device upon which software is stored, such as blank cassette tapes or discs used solely with the **computer** or **peripheral device**.

## PROPERTY COVERED

We cover:

1. Your owned or leased but not borrowed **computer;**

2. Your owned or leased but not borrowed **peripheral devices;**

3. Your owned or leased but not borrowed **software;** and

4. Your owned or leased but not borrowed **media**.

## BUSINESS USE

We will cover your owned or leased but not borrowed property whether it is used for business or personal purposes. This includes business property pertaining to a business actually conducted on the residence premises and business property away from the residence premises.

## PERILS INSURED AGAINST AND EXCLUSIONS

We insure for all risks of physical loss to the property described under this endorsement except loss caused by:

1. Wear and tear, gradual deterioration, depreciation, insects, vermin, corrosion, rust, mold, dampness, dryness, cold or heat;

2. Mechanical breakdown, faulty construction, an original defect in the property, error, omission or deficiency in design, specifications, workmanship or materials;

3. Neglect, meaning neglect of the **insured** to use all reasonable means to save and preserve the property at and after the time of a loss, or when property is endangered by a Peril Insured Against.



4. Intentional loss, meaning any loss arising out of any act committed:

   a. by or at the direction of the **insured** ; and

   b. with the intent to cause a loss.

This exclusion number 4 does not apply to an **insured** not participating in the intentional loss.

5. Dishonest, fraudulent or criminal acts committed at any time by you, a business partner, an employee, a member of your family, or anyone else with an interest in the property or their employees or agents, whether or not occurring during the hours of employment.  Nor do we insure against dishonest acts by anyone entrusted with the property.

6. Indirect or consequential loss to the property.

7. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these.   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

8. Water Damage, meaning:

   a. flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by the wind;

   b. water which backs up through sewers or drains; or

   c. water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalks, driveway, foundation, swimming pool or other structure.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

9. Nuclear Hazard

   a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   b. Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or, otherwise included within the Perils Insured Against.

   c. This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

10. Any change or variation in electric power supply if the change or variation originates outside the residence premises.

11. Short circuit or blowout of other electric apparatus.

12. Magnetic injury, disturbance, or erasure of electronic data.

13. An error in programming that results in an interruption or loss of use or business.



## LIMIT OF LIABILITY

Our limit of liability for loss under this endorsement will be the lesser of:

1. The cost of new property of similar make, type, quality, capacity and size; or

2. The reasonable cost of repair with parts of like kind and quality; or

3. The limit of liability as shown.

We reserve the right to repair or replace the damaged property or to pay for this loss in money.

## DEDUCTIBLE

We will pay only that part of your loss under this endorsement that exceeds $50. No other deductible applies to this coverage.

All other provisions of this policy apply.

**HOMEOWNERS**
**HO 04 53 04 91**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY COVERAGE
**Increased Limit**

For an additional premium, the limit of liability for Additional Coverage **6.**, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $ _____ *.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

HO 04 53 04 91            Copyright, Insurance Services Office, Inc., 1990            **Page 1 of 1**



**REFRIGERATORS AND FREEZERS CONTENTS COVERAGE-ENDORSEMENT**

We cover the contents of deep freeze or refrigerated units on the residence premises from the perils of:

1.  Fluctuation or total interruption of electric power, either on or off premises, resulting from conditions beyond the control of the Insured.

2.  Mechanical breakdown of any refrigeration equipment on premises including the blowing of fuses or circuit breakers.

We do not cover loss caused by the following additional exclusions:

1.  Disconnection or termination of power due to turning off any switch.

2.  Inability of power source to provide sufficient power due to government order, lack of fuel or lack of generating capacity to meet demand.

SPECIAL LIMIT - We will not pay more than $1000 of your loss of refrigerator or freezer contents resulting from the above perils.

All other provisions of this policy apply.

FMHO 670 (ED 6/90)                    Liberty Mutual Insurance Group                    Page 1 of 1



## PROTECTIVE DEVICES

For a premium discount, we acknowledge the installation of fire, theft, or water protective system or device approved by us on the "residence premises." You agree to maintain the approved system or device in working order and to let us know promptly of any change made to the system or device or if it is removed. We reserve the right of modifying or removing the discount based on our knowledge of how the system or device is maintained by you.

FMHO 4172 10/14

Page 1 of 1



**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

## HOMEOWNER AMENDATORY ENDORSEMENT - ILLINOIS

### DEFINITIONS

The opening paragraph is deleted and replaced by the following:

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

    a. the spouse of the "named insured" shown in the Declarations, if a resident of the same household; or

    b. the partner in a civil union, registered domestic partnership, or similar union or partnership, with the "named insured" shown in the Declarations, if a resident of the same household.

Item b., above, only applies if the civil union, registered domestic partnership or other similar union or partnership is validly entered into under the law of any state, territory or possession of the United States of America, any territory or province of Canada, or the equivalent of a state or province in any other country.

"We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

The following is added:

    "Actual cash value"

    a. When damage to property is economically repairable, "actual cash value" means the cost that would be necessary to repair the damage based on the age and conditions of the materials making up the damaged property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

    b. When damage to property is not economically repairable or loss prevents repair, "actual cash value" means the replacement cost of new, identical or nearly identical property, less reasonable deduction for wear and tear, deterioration and obsolescence.

    c. Otherwise, "actual cash value" means the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

The reasonable deduction in items a. and c., above, will apply to materials, labor, and overhead and profit.

Where the term actual cash value is stated in the policy and any endorsements attached to the policy, this Definition of "actual cash value" applies.

### SECTIONS I AND II - CONDITIONS

Under **9. Death**, the opening paragraph is deleted and replaced by the following:

    If any person named in the Declarations or the spouse, if a resident of the same household; or the partner in a civil union, registered domestic partnership or similar union or partnership, if a resident of the same household, dies:

All other provisions of this policy apply.



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ACTUAL CASH VALUE LOSS SETTLEMENT
## WINDSTORM OR HAIL LOSSES TO ROOF SURFACING

**HOMEOWNERS**
**FMHO 3325 03 12**

**(All Forms Except HO 00 04)**

**A. SECTION I - CONDITIONS**

For a premium credit, under paragraph **3. Loss Settlement**, the following applies to the Special Loss Settlement Endorsement, if this endorsement is made a part of the policy, and to all Forms except **HO 00 06** and **HO 00 08**:

1. Item **a.(3)** is deleted and replaced by the following:

   **a.(3)** Structures, including their roof surfacing, that are not buildings;

2. The following item is added:

   **a.(4)** Roof surfacing, roof vents and roof flashing materials on structures that are buildings if a loss to the roof surfacing is caused by the peril of Windstorm or Hail;

3. The introductory statement of item **b.** "Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:" is deleted and replaced by the following:

   **b.** Buildings under Coverage A or B, except for their roof surfacing, roof vents and roof flashing materials if the loss to the roof surfacing, roof vents and roof flashing materials is caused by the peril of Windstorm or Hail, at replacement cost without deduction for depreciation, subject to the following:

**Form HO 00 06**

For a premium credit, in **Form HO 00 06**, paragraph **3. Loss Settlement** is deleted and replaced by the following:

3. **Loss Settlement.** Covered property losses are settled as follows:

   **a.** Property of the following types:

   (1) Personal property; and

   (2) Roof surfacing, roof vents and roof flashing materials if the loss is caused by the peril of Windstorm or Hail;

   at actual cash value at the time of loss but not more than the amount required to repair or replace.

   **b.** Coverage A - Dwelling, except for roof surfacing, roof vents and roof flashing materials if loss is caused by the peril of Windstorm or Hail:

   (1) If the damage is repaired or replaced within a reasonable time, at the actual cost to repair or replace;

   (2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

**Form HO 00 08**

For a premium credit, under paragraph **3. Loss Settlement**, the following applies to Form **HO 00 08**:

1. Item **a.(3)** is deleted and replaced by the following:

   **a.(3)** Structures, including their roof surfacing, that are not buildings;

2. The following item is added:

   **a.(4)** Roof surfacing, roof vents and roof flashing materials on structures that are buildings if a loss to the roof surfacing is caused by the peril of Windstorm or Hail;

3. The introductory statement of item **b.** "Buildings under Coverage A or B:" is deleted and replaced by the following:

   **b.** Buildings under Coverage A or B, except for their roof surfacing, roof vents and roof flashing materials if the loss to the roof surfacing is caused by the peril of Windstorm or Hail:

**B.** The provisions of this endorsement do not apply to structures insured under either the Coverage B - Off Premises Endorsement or the Specific Structures Away From The Residence Premises Endorsement, if made a part of the policy.

All other provisions of this policy apply.



# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT, BACTERIA, OR VIRUS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added to the DEFINITIONS section:

9. **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** means any type or form of fungus, rot, virus or bacteria. This includes mold, mildew and any mycotoxins (meaning a toxin produced by a fungus), other microbes, spores, scents or byproducts produced or released by mold, mildew, fungus, rot, bacteria, or viruses.

**SECTION I – PROPERTY COVERAGES**

**Additional Coverages**

The following Additional Coverage is added:

11. **Remediation of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" Resulting Directly From Any Covered Loss**

We will pay, up to the Additional Coverage – Mold Limit of Liability shown below, for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss.

**"Remediation"** means the reasonable and necessary treatment, containment, decontamination, removal or disposal of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by any covered peril insured against, and also consists of the following:

1. The reasonable costs or expense to remove, repair, restore, and replace that property including the costs to tear out and replace any part of the building as needed to gain access to the **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

2. the reasonable costs or expense for the testing or investigation necessary to detect, evaluate or measure **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

3. any loss of fair rental value, or reasonable increase in additional living expenses, that is necessary to maintain your normal standard of living, if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss makes your residence premises uninhabitable.

We will pay no more than the Additional Coverage - Mold Limit of Liability shown below for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss during the policy period, regardless of the number of locations under the policy to which this endorsement is attached, the number of persons whose property is damaged, the number of "insureds,"or the number of losses or claims made.

If there is a covered loss or damage to covered property, not caused, in whole or in part, by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** loss payment will not be limited by the terms of this Additional Coverage, except to the extent that **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

FMHO 3454 01 13



## ADDITIONAL COVERAGE -- MOLD LIMIT OF LIABILITY

**Mold Limit of Liability:**      **SECTION I**      **Aggregate Limit**      **$5,000**

This Additional Coverage does not increase the limits of liability under Section I of the policy as shown in the Declarations.

**SECTION I – EXCLUSIONS**

Exclusion **1.i.** is added:

i. Except as provided by **Additional Coverage 11.**, loss consisting of or caused by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** is excluded, even if resulting from a peril insured against under Section I. We do not cover **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** even if resulting from a peril insured against under Section I, except as provided by **Additional Coverage 11.**

**SECTION II – EXCLUSIONS**

**Coverage E - Personal Liability and Coverage F - Medical Payments to Others**
Exclusion **1.m.** is added:

m. Arising out of or aggravated by, in whole or in part by, **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus."**

Exclusions and limitations included in this endorsement are not applicable if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** ensues from a covered fire or lightning loss.

**This endorsement takes precedence over all other endorsements attached to your policy.**



# SEEPAGE EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTION I – PERILS INSURED AGAINST**

**Coverage A – Dwelling and Coverage B – Other Structures**

**Paragraph 2.e.(9) is added:**

(9) Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

**This endorsement takes precedence over all other endorsements attached to your policy.**



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS - ILLINOIS

### DEFINITIONS

Item **2.** "Business" is deleted and replaced by the following:

**2.** "Business" includes:

    **a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

    **b.** Any other activity engaged in for money or other compensation, except the following:

        **(1)** One or more activities, not described in (2) or (3) below, for which no "insured" receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period.

        **(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity; or

        **(3)** A "short term rental".

Under **4.** "Insured location" item e. is deleted and replaced by the following:

    **e.** Vacant land, including that which is vacant except for a fence, owned by or rented to an "insured" other than farmland;

The following definition is added:

    "Short term rental" means one or more rentals, in whole or in part, of the "residence premises" for up to a combined total of 31 days during the policy period.

### SECTION I – PROPERTY COVERAGES

#### COVERAGE A – Dwelling

For form **HO 00 03**, item **1.** is amended as follows:

We cover:

**1.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

#### COVERAGE B – Other Structures

In all forms other than **HO 00 04** and **HO 00 06**, item **2.** is deleted and replaced by the following:

**2.** Rented to any person not a tenant of the dwelling, unless used solely as a private garage.

#### COVERAGE C – Personal Property

The following is added under items **1.** and **2.**:

However, we will not cover personal property owned by tenants or guests if the tenants or guests have compensated the insured for use of the "residence premises".

#### Special Limits of Liability

For form **HO 00 03**, the introductory paragraph of **Special Limits of Liability** is amended to read:

**Special Limits of Liability.** These do not increase the Coverage C limit of liability. The special limit for



each numbered category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply.

Items **10.** and **11.** are deleted and replaced by the following (these are Items **7.** and **8.** in Form **HO 00 08**):

**10.** $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    **a.** Accessories or antennas; or

    **b.** Tapes, wires, records, discs or other media;

    For use with any electronic apparatus described in this Item **10.**

**11.** $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    **a.** Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    **b.** Is away from the "residence premises"; and

    **c.** Is used at any time or in any manner for any "business" purpose.

    Electronic apparatus includes:

    **a.** Accessories and antennas; or

    **b.** Tapes, wires, records, discs or other media;

    For use with any electronic apparatus described in this Item **11.**

For form **HO 00 03**, the following limits are added:

**12.** $5000 on electronic data processing system equipment and the recording or storage media or accessories used with that equipment.

**13.** $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

**14.** $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

**15.** $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

In the event Landlord Endorsement FMHO 6502 is part of this policy, the above coverages contained in Special Limits of Liability introductory paragraph and Subparagraphs **10.** through **15.** are deleted.

**Property Not Covered**

Item **3.** is deleted and replaced by the following:

**3.** Motor vehicles or all other motorized land conveyances. This includes:

    **a.** Their equipment and accessories; or

    **b.** Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

        **(1)** Accessories or antennas; or



**(2)** Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this Item **3.b.**

The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

**a.** Used <u>solely</u> to service an "insured's" residence; or

**b.** Designed for assisting the handicapped;

Item **6.** is deleted and replaced by the following:

**6.** Property in a location on the "residence premises", when the location is rented to others by an "insured".

This exclusion does not apply to property of an "insured":

**a.** located on the "residence premises" when the "residence premises" is rented in whole or in part as a "short term rental"; or

**b.** located in a sleeping room rented to others by an "insured" on the "residence premises".

For form **HO 00 03**, the following item is added as personal property items not covered:

**10.** Water or steam

**COVERAGE D – Loss Of Use** is deleted and replaced by the following:

**COVERAGE D – Loss of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

**1.** If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense. Additional Living Expense means any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or to permanently relocate your household elsewhere.

**2.** If a loss covered under this Section makes that part of the "residence premises" rented to others by you not fit to live in, we cover your Loss of Rent. Loss of Rent means the rental income to you of that part of the "residence premises" rented to others at the time of loss, less any expenses that do not continue while the premises is not fit to live in.

This coverage does not apply to:

**a.** The "residence premises" or that part of the insured location that is not rented or leased at the time of the loss; or

**b.** to any increase in rent or lease payment that occurs after the time of the loss.

We will pay up to $5,000 to reimburse your Loss of Rent when a "short term rental" is cancelled because of a covered loss.

Payment will be for the shortest time required to repair or replace that part of the premises rented.

**3.** If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Loss of Rent as provided under **1.** and **2.** above for no more than two weeks.

The periods of time under **1.**, **2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement, other than a "short term rental" as provided under **2.** above.



In the event Landlord Endorsement FMHO 3307 is part of this policy, the above coverages contained in Coverage **D** - Loss of Use is deleted.

## ADDITIONAL COVERAGES

Item **1. Debris Removal** is deleted and replaced by the following:

**1. Debris Removal**. We will pay the reasonable expense you incur for the removal of:

    **a.** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

    **b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay the reasonable expense you incur, up to $500, for the removal from the "residence premises" of:

    **a.** Your tree(s) felled by the peril of Windstorm or Hail;

    **b.** Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

    **c.** A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

    provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For form **HO 00 03**, item **7. Loss Assessment** is deleted in its entirety.

For form **HO 00 03**, the following is added to Item **8. Collapse.**

    With respect to this Additional Coverage:

        (1) Collapse means the sudden and entire falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied or used for its current intended purpose.

        (2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

        (3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

        (4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

Item **8. Collapse** is deleted and replaced by the following:

**8. Collapse**

    **a.** With respect to this Additional Coverage:

        (1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

        (2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

        (3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.



(4) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

(1) Perils Insured Against in Coverage **C** - Personal Property. These perils apply to covered buildings and personal property for loss insured by this Additional Coverage;

(2) Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

(3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under Items **(2)**, **(3)**, **(4)**, **(5)**, and **(6)** unless the loss is a direct result of the collapse of a building or any part of a building.

This coverage does not increase the limit of liability applying to the damaged covered property.

c. If Endorsement **HO 00 15** is attached to the policy, Section I – Additional Coverages **8. Collapse** in that endorsement is deleted in its entirety and Paragraph **b.(1)** above is deleted and replaced by the following:

b.(1)Perils Insured Against in Coverages **A.** and **B.**

In addition, the following paragraph is added:

This Additional Coverage does not apply to Coverage **C** - Personal Property.

d. If Endorsement **HO 17 31** is attached to the policy Section I – Additional Coverages **8. Collapse** in that endorsement is deleted in its entirety and Paragraph **b.(1)** above is deleted and replaced by the following:

b.(1)Perils Insured Against in Coverage A.

In addition, the following paragraph is added:

This Additional Coverage does not apply to Coverage **C** - Personal Property.

This coverage does not increase the limit of liability applying to the damaged covered property.

Item **9. Glass Or Safety Glazing Material** is deleted and replaced by the following:

**9. Glass Or Safety Glazing Material**

a. We cover:

(1) For all forms other than **HO 00 04** and **HO 00 06**, the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

(a) Form **HO 00 04**, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

(b) Form **HO 00 06**, the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A**; and



(2) For all forms other than **HO 00 04** and **HO 00 06**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

    (a) Form **HO 00 04**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

    (b) Form **HO 00 06**, the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A**; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

(2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage **9.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Forms **HO 00 01** and **HO 00 08**, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage **8.** in Forms **HO 00 01** and **HO 00 08**.)

For form **HO 00 03**, item **10. Landlord's Furnishings** is deleted in its entirety.

**12. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** (or for **Form HO 00 04**, you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or



(2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage **11.** in Forms **HO 00 01** and **HO 00 06.**)

## SECTION I – PERILS INSURED AGAINST

### COVERAGE A – Dwelling and COVERAGE B – Other Structures

For form **HO 00 03**, the following is added to item **2.b**

(4) Footing(s)

For all forms other than **HO 00 04** and **HO 00 06**, item **2.d.** is deleted and replaced by the following:

Item **2.d.** is deleted and replaced by the following:

Vandalism and malicious mischief, including fire caused by arson and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

For form **HO 00 03**, the following is added to item **2.e.**:

(10) Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;

For form **HO 00 03**, the final paragraph of Item **2.** is further revised as follows:

If any of these cause sudden and accidental water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

## SECTION I – EXCLUSIONS

Item **1. Ordinance Or Law** is deleted and replaced by the following:

1. Ordinance Or Law, meaning any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.a.** in all forms other than **HO 00 03**, and **1.a.(1)** in Form **HO 00 03**, does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

   b. The requirements of which result in a loss in value to property; or

   c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is Exclusion **1.a.** in Form **HO 00 03**.)



Item **2. Earth Movement** is deleted and replaced by the following:

2. **Earth Movement**, meaning movement of the earth, whether combined with water or not, in any direction, including but not limited to:

   a. Earthquake, including land shock waves or tremors before, during, or after a volcanic eruption;

   b. Landslide, mud slide, or mud flow;

   c. Subsidence or sinkhole; or

   d. Any other earth movement, including earth sinking, rising, shifting, expanding, contracting, or eroding;

   caused by or resulting from manmade, animal, or natural actions, events, or conditions.

   If direct loss by fire or explosion ensues, we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

   (This is Exclusion **1.b.** in Form **HO 00 03**.)

Item **3.** is deleted and replaced by the following:

3. **Water Damage**, meaning:

   (a) (1) Flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

       (2) release of water held by a dam, levee, dike or by a water or flood control device or structure;

   (b) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   (c) Water which escapes or overflows from sewers or drains located off the "residence premises";

   (d) Water which escapes or overflows from drains or related plumbing appliances on the "residence premises". However, this exclusion does not apply to overflow and escape caused by malfunction on the "residence premises", or obstruction on the residence premises, of a drain or plumbing appliance on the "residence premises"; or

   (e) Water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

   Water includes any water borne materials.

   This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

   (This is exclusion **1.c.** in Form **HO 00 03**.)

Item **4. Power Failure** is deleted and replaced by the following:

4. **Power Failure**, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by that Peril Insured Against.

   (This is Exclusion **1.d.** in Form **HO 00 03**.)

Item **8. Intentional Loss** is deleted and replaced by the following:



8. **Intentional Loss**

    a. We do not provide coverage for any loss arising out of any act committed by or at the direction of an "insured" with the intent to cause a loss.

    b. However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss if:

        (1) Such loss arose out of a pattern of criminal domestic violence; and

        (2) The perpetrator of the loss is criminally prosecuted for the act causing the loss.

    c. If we pay a claim pursuant to Paragraph **8.b.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Liability.

    (This is Exclusion **1.h.** in Form **HO 00 03**.)

For form **HO 00 03**, the following is added as item **2.d.**

    d. **Cosmetic Loss or Damage**, meaning any loss that alters only the physical appearance of the metal roof covering but:

        (1) does not result in the penetration of water through the metal roof covering; or

        (2) does not result in the failure of the metal roof covering to perform its intended function of keeping out the elements over an extended period of time.

Metal roof covering means the metal roofing material exposed to the weather; the underlayments applied for moisture protection; and all flashings required in the replacement of a metal roof covering.

We do cover loss or damage by hail to roof coverings that allow the penetration of water through the roof covering or that results in the failure of the roof covering to perform its intended function of keeping out the elements over an extended period of time.


### SECTION I – CONDITIONS

Item **2. Your Duties After Loss.**

Paragraph **a.** is deleted and replaced by the following:

    a. Give prompt notice to us or our agent. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than 365 days after the date of loss.

Item **3. Loss Settlement**

Under Form **HO 00 06**, Item **b.(2)** is deleted and replaced by the following:

        (2) If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

Under Item **6. Appraisal**, the second paragraph is deleted and replaced by the following:

    b. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

    c. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

        (1) You demanded the appraisal; and

        (2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

The following paragraph is added and applies to this policy and to any Loss Settlement provision in



any other endorsement applicable to this policy:

Loss Settlement does not include payment for any actual or perceived decrease in market or resale value resulting from loss to or repair of your covered property.

Item **8. Suit Against Us** is deleted and replaced by the following:

**8. Suit Against Us**

No action can be brought unless the policy provisions have been complied with and the action is started within one year of the date of loss.

However, this one year period is extended by the number of days between the date proof of loss is submitted and the date the claim is denied in whole or in part.

Item **10. Loss Payment** is deleted and replaced by the following:

**10. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

**a.** Reach an agreement with  you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.


**SECTION II – LIABILITY COVERAGES**

Under **Coverage E - Personal Liability**, Item **1**. Is deleted and replaced by the following in all forms and Endorsement **HO 24 73**:

**1.** Pay up to our limit of liability for  the damages for which the "insured" is legally liable; and


**SECTION II – EXCLUSIONS**

Under **1**. Coverage **E** - Personal Liability and Coverage **F** - Medical Payments To Others:

Item **a.** is deleted and replaced by the following:

**a.** Which is expected or intended by the "insured", even if the resulting "bodily injury" or "property damage"

(1) is of a different kind, quality, or degree than initially expected or intended; or

(2) is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

Item **c.** is deleted and replaced by the following:

**c.** Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of the "residence premises":

(1) As a "short term rental" for use only as a residence;

(2) In part, unless intended for use as a residence by more than two roomers or boarders; or

(3) In part, as an office, school, studio or private garage;

Item **j.** is deleted and replaced by the following:



**j.** Which arises out of the transmission of disease by an "insured" through sexual contact.

(This is Item **k.** in **HO 24 73.**)

Item **k.** is deleted.

(This is Item **l.** in **HO 24 73.**)

The following exclusion is added in all forms and Endorsement **HO 24 73:**

Coverage **E** - Personal Liability and Coverage **F** - Medical Payments To Others do not apply to an "insured" who inflicts, or directs another person to inflict, upon any person, sexual molestation, corporal punishment or physical or mental abuse which results in "bodily injury" or "property damage".

## SECTION II – ADDITIONAL COVERAGES

For form **HO 00 03**, item **1.c.** under **Claims Expenses** is amended as follows:

**c.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit.

Under **3. Damage to Property to Others**, item **d.** is deleted and replaced by the following:

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household. This does not apply to "short term rentals"; or

For form **HO 00 03**, item **4. Loss Assessment** is deleted in its entirety.

## SECTION II – CONDITIONS

Item **3. Duties After Loss**

Paragraph **c.(4)** is deleted and replaced by the following:

**c. (4)** To secure and give evidence.

## SECTIONS I AND II – CONDITIONS

Item **2. Concealment Or Fraud** is deleted and replaced by the following:

**2. Concealment Or Fraud**

**a.** Under Section **I** - Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section **I** – Property Coverages if, whether before or after a loss, one or more "insureds" have:

**(1)** Intentionally concealed or misrepresented any material fact or circumstance;

**(2)** Engaged in fraudulent conduct; or

**(3)** Made false statements; relating to this insurance.

**b.** Under Section **II** - Liability Coverages, we do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

**(1)** Intentionally concealed or misrepresented any material fact or circumstance;

**(2)** Engaged in fraudulent conduct; or

**(3)** Made false statements; relating to this insurance.

With respect to the application for or policy of insurance, Paragraphs **a.** and **b.** above do not apply once the policy has been in effect for one year or one policy period, whichever is less. Notwithstanding the limitation in this paragraph, we may cancel or nonrenew this policy in accordance with the terms of Sections I and II Conditions **5.** Cancellation or **6.** Nonrenewal.



**Item 5. Cancellation**

Paragraph **b.** is deleted and the following substituted:

**b.** We may cancel this policy as provided in this condition. The cancellation notice, together with our reason for cancellation, will be mailed to you at your last mailing address known by us, and we will obtain a certificate of mailing. A copy of the notice will also be sent to the agent or broker and the last known mortgagee or lienholder at the last mailing address known by us.

    **(1)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason.

    **(2)** When this policy has been in effect for 60 days or more, or if it is a renewal with us, we may cancel:

        **(a)** For nonpayment of premium; or

        **(b)** If this policy was obtained by misrepresentation or fraud; or

        **(c)** For any act which measurably increases the risk originally accepted.

    **(3)** If we cancel for nonpayment of premium we will let you know of our action at least 10 days before cancellation takes effect. If we cancel for a reason other than nonpayment of premium, we will let you know of our intention at least 30 days before cancellation takes effect.

Item **6. Nonrenewal** is deleted and the following substituted:

**6. Nonrenewal**

    **a.** We may elect not to renew this policy at its expiration date or, in the case of a policy written for an indefinite term, at its anniversary date. We will notify you of our intention not to renew, and of our reason for nonrenewal, at least 30 days before the expiration or anniversary date.

    **b.** If we offer renewal and you fail to pay the renewal premium before the expiration date of this policy, this policy will terminate upon 10 days' notice to you.

    **c.** If insurance has been issued to the "insured" and has been in effect with us for five or more years, we will not exercise our right to nonrenewal unless:

        **(1)** The policy was obtained through misrepresentation or fraud; or

        **(2)** The risk originally accepted has measurably increased; or

        **(3)** The "insured" has received 60 days' notice of our intention not to renew.

    **d.** We will mail the notice to you at your last mailing address known by us, and we shall obtain a certificate of mailing. A copy of the notice will also be sent to the agent or broker and the last known mortgagee or lienholder at the last mailing address known by us.

All other provisions of this policy apply.

## OPTIONAL LOSS SETTLEMENT ENDORSEMENT

SECTION I, CONDITIONS

Condition 3. Loss Settlement is deleted and replaced by the following:

3. **Loss Settlement.** Covered property losses are settled as follows:

   a.   Property of the following types:

      (1) Personal property;

      (2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

      (3) Structures that are not buildings;

      at actual cash value at the time of loss but not more than the amount required to repair or replace.

   b.   Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

      (1) We will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts.

         (a) The limit of liability under this policy that applies to the building;

         (b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

         (c) The necessary amount actually spent to repair or replace the damaged building.

      (2) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) above.

        However, if the cost to repair or replace the damage is both:

         (a) Less than 5 % of the amount of insurance in this policy on the building; and

         (b) Less than $2500;

        We will settle the loss according to the provisions of b.(1) above whether or not actual repair or replacement is complete.

      (3) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.



**Liberty Mutual.**
INSURANCE

# <u>NO</u> SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
# <u>LIMITED</u> SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE
# BUSINESS

HO 04 96 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9., 10.** and **11.** correspond to items **6., 7.** and **8.** respectively in Form **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.





# INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

Coverage A, Dwelling;

Coverage B, Structure;

Coverage C, Personal Property;

and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

## METHOD

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

    a. The policy; or

    b. The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.



# LEAD POISONING EXCLUSION ENDORSEMENT

The following provisions are added to and made part of your Homeowners Policy:

Section I - Property Coverages do not apply to any costs or expenses incurred or loss arising out of:

1.  the removal, testing for, monitoring, clean-up, abatement, treatment, or neutralization of lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead, or;

2.  any governmental direction or other request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to bodily injury or property damage:

1.  arising out of lead paint, plaster or putty containing lead; soil or earth containing lead or any other material or substance containing lead, or;

2.  any costs or expenses incurred or loss arising out of any claim, governmental direction, or request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

This exclusion applies to any obligation to share damages, costs or expenses with someone else or to repay someone else who must pay damages, costs or expenses.

FMHO 976 (Ed. 5-92)          **LIBERTY MUTUAL GROUP**                              PF



## WAIVER OF DEDUCTIBLE - THEFT FROM RESIDENCE PREMISES

With the installation of a functioning and professionally-monitored theft alarm system that is maintained in good working order, we will waive the deductible that applies for direct physical loss to the property described under Coverage A, B, and C as a result of theft, including attempted theft, from that portion of the "residence premises" protected by the alarm system.

The waiver of deductible will not apply if:

    a.  The alarm system has not been activated, or the service has been discontinued;

    b.  The theft loss occurs off the "residence premises"; or

    c.  The theft loss occurs from a portion of the "residence premises" not protected by the alarm system.

All other provisions of this policy apply.



## Notice of Membership in Liberty Mutual Holding Company Inc.

While this policy is in effect, the named insured first named in the Declarations is a member of Liberty Mutual Holding Company Inc. and is entitled to vote either in person or by proxy at any and all meetings of the members of said company. The Annual Meeting of Liberty Mutual Holding Company Inc. is in Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

The named insured first named in the Declarations shall participate in the distribution of any dividends declared by us for this Policy. The amount of such Named Insured's participation is determined by the decision of our Board of Directors in compliance with any laws that apply.

Any provisions in the policy relating to:

1. Membership in Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company; or

2. Entitlement to dividends as a member of Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company

are deleted and replaced by the preceding paragraphs.

2340e

Page 1 of 1





Liberty Mutual Personal Insurance Company
P.O. Box 5014
Scranton, PA 18505-5014

CONTACT US

Sandra.Najomo01@LibertyMutual.com

Direct:   4078715437
Fax:      888-268-8840

**Liberty Mutual Personal Insurance Company**
P.O. Box 5014
Scranton, PA 18505-5014
800-225-2467

Green Light Public Adjuster Group Inc.
12850 W Timber Ln
Mokena, IL 60448-8580

LibertyMutual.com

October 13, 2023

| | |
|---|---|
| Claim Number: | 053075320-01 |
| Date of Incident: | 04/04/2023 |
| Insured: | CHICAGO TITLE LAND TRUST COMPANY |

| | |
|---|---|
| Policy Number: | H3V-248-664282-40 |
| Loss Location: | 1630 CLOVERDALE AVE, HIGHLAND PARK, IL 60035-2102 |
| Underwriting Company: | Liberty Mutual Personal Insurance Company |

To whom it may concern,

We're writing to inform you that we completed our review of the above claim based on information provided by you or on your behalf. The following is a summary of our findings and position on coverage for this claim.

The insurance policy provides coverage subject to policy terms and conditions. Based on our review of the policy, there is no coverage available for this loss as outlined below.

**Claim Details**

Our first notice of loss was on 04/04/2023. It was reported that a hailstorm on 4/4/2023 caused additional hail damages to the dwelling roof, gutters, and other components.

Our review of your claim revealed the following relevant information:

A forensic engineer was retained to determine the cause and extent of damages to the roof and interior of the home. The engineer assignment was conducted by Jon L. Peterson with Donan Engineering on April 26, 2023.

1PDEN First Party Coverage Denial 053075320-01                                Page 1 of 5

EXHIBIT B



The inspection revealed that no new hail or wind damages were sustained to the wood shake roof system of the dwelling. Cosmetic hail dents were noted in the metal roof flashings, no weather split shakes/ hail impact marks were found on the roof. There were clean spots or spatter noted which are oxidation or other weathering. No visible wind damage noted. There was Shakes damaged due to significant wear, tear, and deterioration. Further inspection of the home interior revealed that the damages to the home are not the result of any storm damages and are pre-existing damages that were present during inspections that took place in 2019 and 2020.

Our claims review found the following prior claims:

Claim 030551013 with date of loss 04/12/2014. A roof inspection revealed hail damage to downspouts, copper valley metal and skylight flashings.

Claim 037801657 with a date of loss of 04/03/2018, it was reported that hail & water damages were sustained to the dwelling roof & interior. An engineering inspection found that no hail, wind, or subsequent storm damages were sustained to the roof and that age related wear, tear and deterioration were present on the roof. An estimate was written for interior water damages to the interior of the home and payment was issued for those repairs.

Claim 040954533 with a date of loss of 09/12/2019. It was reported that wind driven rain caused interior damages. Our inspection revealed interior damages consistent with the previously filed claim 037801657 but not repaired.

Claim 042310016 with a date of loss of 04/01/2020. Damages were reported to the home due to excavation near the dwelling. Donan Engineering inspected the property and determined foundational issues were not due to nearby construction and were pre-existing. The cracking in drywall & paint were found to be due to ambient humidity. No payments were made for claim 042310016.

Claim 044978463 with a date of loss of 03/05/2021. Interior water damages were reported to the office. An estimate was written for these interior damages. These damages were under the policy deductible.

Claim 047258609 with a date of loss of 08/30/2021. Hail damages were reported to the roof with subsequent water damage to interior. An inspection was performed and it was determined that there were no new damages sustained to the home. Interior damages for this claim were determined to be due to failure to mitigate.

**Policy Information**

We issued the following Home Policy to CHICAGO TITLE LAND TRUST COMPANY
      Policy Number:     H3V-248-664282-40
      Policy Period:      08/15/2022 - 08/15/2023

The applicable Policy form and relevant endorsements (your coverages) state in part:

**SECTION I - PERILS INSURED AGAINST**

**COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

**2.** Caused by:



e. Any of the following:

    (1) Wear and tear, marring, deterioration;·
    (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios,
        foundations, walls, floors, roofs or ceilings;
    (9) Seepage, meaning a gradual, continuous, or repeated seepage or leakage of water, steam or
        fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or
        not.

## SECTION I – EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded
   regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   e. **Neglect**, meaning neglect of the "insured" to use all reasonable means to save and preserve
      property at and after the time of a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following.
   However, any ensuing loss to property described in Coverages A and B not excluded or excepted in
   this policy is covered.

   c. **Faulty, inadequate or defective:**

    (1) Planning, zoning, development, surveying, siting;
    (2) Design, specifications, workmanship, repair, construction, renovation,
    (3) Materials used in repair, construction, renovation or remodeling; or
    (4) Maintenance; of part or all of any property whether on or off the "residence premises."

   d. **Cosmetic Loss or Damage**, meaning any loss that alters only the physical appearance of the
      metal roof covering but:

    (1) does not result in the penetration of water through the metal roof covering; or
    (2) does not result in the failure of the metal roof covering to perform its intended function of keeping
        out the elements over an extended period of time.

Metal roof covering means the metal roofing material exposed to the weather; the underlayments
applied for moisture protection; and all flashings required in the replacement of a metal roof covering.

We do cover loss or damage by hail to roof coverings that allow the penetration of water through the roof
covering or that results in the failure of the roof covering to perform its intended function of keeping out
the elements over an extended period of time.

## SECTION I – CONDITIONS

2. **Your Duties After Loss**. In case of a loss to covered property, you must see that the following are
   done:

   d. Protect the property from further damage. If repairs to the property are required, you must:
    (1) Make reasonable and necessary repairs to protect the property; and
    (2) Keep an accurate record of repair expenses;



**SECTIONS I AND II – CONDITIONS**

**2. Concealment Or Fraud**

a. Under Section I - Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I – Property Coverages if, whether before or after a loss, one or more "insureds" have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;
(2) Engaged in fraudulent conduct; or
(3) Made false statements; relating to this insurance.

With respect to the application for or policy of insurance, Paragraphs a. and b. above do not apply once the policy has been in effect for one year or one policy period, whichever is less. Notwithstanding the limitation in this paragraph, we may cancel or nonrenew this policy in accordance with the terms of Sections I and II Conditions 5. Cancellation or 6. Nonrenewal.

The Policy is incorporated by reference into this letter in its entirety. Although we have attempted to include all of the policy provisions that we believe are pertinent to this matter, the provisions set forth above in no way replace the provisions of the actual Policy issued. If you have any questions regarding the terms contained in the applicable Policy, you should refer to the Policy itself. To the extent there is any discrepancy between this letter and the Policy, the Policy controls.


**Our Coverage Position**

Based upon the information available to date, the grounds for our denial of coverage under the Policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

No new damages were found to have been sustained to the home on the reported date of loss. Damages from prior claims have not been repaired or mitigated to prevent further damage to the property. No coverage is available for this claim.

Based on these grounds, no insurance coverage is available to you for the claim. While we sought to identify and address all relevant insurance coverage considerations above, these specific considerations are not intended and should not be understood as a waiver of any other right or basis we may have to deny coverage, and we reserve all rights in this regard.

If you have any information you believe may impact our coverage position, please bring it to our immediate attention, so we may assess whether such information or pleading impacts our coverage position or obligations.


**We're Here To Help**

We understand this is disappointing news and we want to make sure you fully understand our decision. If you have any questions or concerns, please feel free to call or email me anytime.

Sincerely,

SANDRA NAJOMO



Claims Department

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at:
122 S Michigan Ave., 19th Floor
Chicago, IL 60603

and in Springfield at:
320 West Washington Street
Springfield, IL 62767
Consumer Assistance Hotline 866-445-5364 (Toll-Free)

8. Suit Against Us. No action can be brought against us unless there has been compliance with the policy provisions and the action is started within one year after the inception of the loss or damage.

However, this one year period is extended by the number of days between the day proof of loss is submitted and the date the claim is denied in whole or in part.

10. Suit Against Us.
No action can be brought against us unless there has been full compliance with all the terms under this policy and the action is started within two years of the date of loss.

However, this two year period is extended by the number of days between the date proof of loss is submitted and the date the claim is denied in whole or in part.

cc. CHICAGO TITLE LAND TRUST COMPANY 1630 CLOVERDALE AVE HIGHLAND PARK, IL 60035-2102

000456
**Liberty Mutual Personal Insurance Company**
1000 AAA Dr.
Suite 150
Heathrow, FL 32746 – 5063

 Liberty Mutual.
INSURANCE

CHICAGO TITLE LAND TRUST COMPANY
1630 CLOVERDALE AVE
HIGHLAND PARK IL 60035-2102

Location Address:
1630 CLOVERDALE AVE
HIGHLAND PARK IL 60035-2102

Policy Number: H3V-248-664282-40
June 9, 2023

Dear CHICAGO TITLE LAND TRUST COMPANY.

We are sorry to inform you that your above-referenced homeowners insurance policy is non-renewed, effective 12:01 a.m. on August 15, 2023.

This non-renewal is the result of an underwriting review. The reason for non-renewal is:

• Material misrepresentation

Underwriting Comments
We are canceling this policy due to Misrepresentation of Material facts in the presentation of the 04/06/2023 claim.

Please read the important notice enclosed, as well.

Sincerely,

Liberty Mutual Insurance

   

## Details / envelope # 27101443

## Envelope

**Envelope ID**
27101443

**Submitted by**
Charles Brahos

**Submitted date**
04/03/2024 12:31 PM

**Username**
chuckbrahos@gmail.com

## Case Information

**Court Location**
Lake County

**Case Type**
Contract - Money Damages (over $50,000.00)

**Case Category**
Law: Damages over $50,000

## Parties

| Party Type | Party Name | Main Attorney |
|---|---|---|
| Plaintiff | Charles A. Brahos | |
| Defendant | Liberty Mutual Insurance Co. | |

## Filings

**Filing Code**
Complaint

**Filing Type**
eFile Only

**Filing Description**
Complaint

 Support

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Plaintiff | Charles A. Brahos | |
| Defendant | Liberty Mutual Insurance Co. | |
| Other Service Contacts | | |

## Fees

Payment account
**Charles A. Brahos**

Party responsible
**Charles A. Brahos**

Order ID
**027101443-0**

Transaction Response

Transaction Amount
**$343.65**

Transaction ID
**43505764**

| Total Court Case Fees | |
|---|---|
| Contract - Money Damages (over $50,000.00) | **$334.00** |

| Service Fees | |
|---|---|
| Convenience Fee | **$9.65** |

| **Grand Total** | **$343.65** |

## Details / envelope # 27101443

## Envelope

Envelope ID
27101443

Submitted date
04/03/2024 12:31 PM

Submitted by
Charles Brahos

Username
chuckbrahos@gmail.com

## Case Information

Court Location
Lake County

Case Type
Contract - Money Damages (over $50,000.00)

Case Category
Law: Damages over $50,000

## Parties

| Party Type | Party Name | Main Attorney |
|---|---|---|
| Plaintiff | Charles A. Brahos | |
| Defendant | Liberty Mutual Insurance Co. | |

## Filings

Filing Code
Complaint

Filing Type
eFile Only

Filing Description
Complaint

 **Support**

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Plaintiff | Charles A. Brahos | |
| Defendant | Liberty Mutual Insurance Co. | |
| Other Service Contacts | | |

## Fees

Payment account
**Charles A. Brahos**
Party responsible
**Charles A. Brahos**
Order ID
**027101443-0**
Transaction Response
Transaction Amount
**$343.65**
Transaction ID
**43505764**

Total Court Case Fees

Contract - Money Damages (over $50,000.00) — **$334.00**

Service Fees

Convenience Fee — **$9.65**

**Grand Total** — **$343.65**



home | log out | my profile | help

REPORT CENTER | TRANSACTION HISTORY | CHARGEBACK MGMT | BANK INFO | RESOURCES

Paymentech Online Home | Transaction History | Transaction History Query Results

User : jrathunde2

## Transaction Query Results

Select a transaction to view detail. The menu below the transaction listing provides access to more specific information. To start a new search, click on the 'Transaction Query' tab.

❷ = Help Available

TRANSACTION QUERY | QUERY RESULTS

| AC ❷ | Account # | RDFI # | Order # | Proc Date | Amount ❷ | ST ❷ | Company # | TD # | D-A-N-P-C-L ❷ |
|---|---|---|---|---|---|---|---|---|---|
| ▸ AU | XXXXXXXXXXXX3699 | | 027101443-0 | 04/03/2024 | 334.00 | RD | 70725 | 321435 | 0-1-1-0-0-3 |
| AU | XXXXXXXXXXXX3699 | | 027101443-0 | 04/03/2024 | 9.65 | RD | 70725 | 259735 | 0-1-1-0-0-3 |

All Transactions - Print View  Page 1 ⌄ of 1  Export

| | |
|---|---|
| ▸ GENERAL INFO | **General Information** |
| DEPOSIT INFO | Business Unit #      993904 |
| ▸ AUTH INFO | TD Name      OFS* IL Lake CC |
| ▸ ADDRESS INFO | MOP ❷      MC |
| ▸ TRANSACTION INFO | Transaction Date |
| RR / CB / RETURN | |
| INTERCHANGE INFO | |
| ▸ FEE INFO | |
| ▸ FUNDS TRANSFER INFO | |
| ▸ MOP INFO | |
| ▸ PRODUCT INFO | |
| STATUS | |
| SWAT | |
| NOC | |
| REJECT | |
| EU/DD NEGATIVE FILE INFO | |
| RELATED TRANSACTIONS | |

Need Help with this application?

## Case

Case Number

Description

Location
Lake County

Category
Law: Damages over $50,000

Case Type
Contract - Money Damages (over $50,000.00)

Status

Filed Date

Lower Court/Agency #

Judge
System Assigned

## Envelope # 27101443

| | |
|---|---|
| Submit Date<br>04/03/2024 12:31 PM CDT | Docket Date<br>04/03/2024 12:31 PM CDT |
| Filing Source<br>OFS EFSP Filing Interface | Filing Attorney |
| Filed By<br>Charles A. Brahos | Firm Name<br>Individual |
| Filer Address<br>1630 Cloverdale Avenue<br>Highland Park, Illinois 60035 | Firm Phone<br>708 601-9882 |
| Filer Email<br>chuckbrahos@gmail.com | |

## Parties Added With This Envelope                          2 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | Charles A. Brahos | |
| Defendant | Liberty Mutual Insurance Co. | |

## Filings                                                   1 Filing(s)

### Complaint

Status
Rejected By Court

Filing Type
EFileAndServe

Reference Number

Filing Description
Complaint

Filing Comments

Filing Courtesy Copies

Review Date
04/05/2024 12:01 PM CDT

### Return Information

| Reject Reason | Reject Comments | Return Date |
|---|---|---|
| Missing Items | You are missing the required Affidavit 222B. This form can be found at https://www.lakecountycircuitclerk.org/court-forms. VP | 04/05/2024 12:01 PM CDT |

### Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|---|---|---|---|---|---|
| Lead Document | Cplt for filing plus Exhibits.pdf | Cplt for filing plus Exhibits.pdf | Non-Confidential | Original | 3346.86 KB |

## Service

**1 Party(s) with Service**

| Search by Party Name | Search by Service Contact | SEARCH | RESET |
|---|---|---|---|

Brahos, Charles A.

⌄ 1 Service Contact(s)

## Parties with no Contacts for Service

**1 Party(s) without Service**

| Search by Party Name | SEARCH | RESET |
|---|---|---|

| Party Name | Email Address | Address |
|---|---|---|
| Liberty Mutual Insurance Co. | | |

## Fees

Description of Fees and Amounts

**Complaint**
Filing Fee                                                                                                                 $0.00
                                                                                                        Filing Total: $0.00

**Total Fees**
Total Filing Fees                                                                                                         $0.00
                                                                                                   Envelope Total: $0.00

## Payment Information

Payment Account
Charles A. Brahos

Payment Type
CreditCard

Party Responsible for Fees
Charles A. Brahos

Order ID
027101443-0

Transaction Amount

$343.65

Transaction ID
43505764

Transaction Response
Approved

CLOSE